```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
BRIAN SULLIVAN,

                Plaintiff,
                                          ORDER ADOPTING REPORT &
                                          RECOMMENDATION
         -against-                        95-CV-1533(JS)(MLO)

COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, JOHN CAHILL,
and RENEE BUSCHOR,

                Defendants.
----------------------------------------X
Appearances:

For Plaintiff:         Bert Bauman, Esq.
                       Bauman & Kunkis, P.C.
                       225 West 34th Street
                       New York, NY 10122

For Defendants:        William Scott Schneider, Esq.
                       Suffolk County Attorney
                       P.O. Box 6100
                       H. Lee Dennison Building-Fifth Floor
                       100 Veterans Memorial Highway
                       Hauppauge, NY 11788-0099
```

SEYBERT, District Judge:

        Upon review of the Report and Recommendation ("Report") of Magistrate Judge Michael L. Orenstein issued June 19, 2007, to which no party has objected, the Court hereby ADOPTS the Report in its entirety.

        Pursuant to Rule 72 of the Federal Rule of Civil Procedure any objections to the Report were to be filed with the Clerk of the Court within ten days of service of the Report. The time for filing objections has expired and no Party has objected. Accordingly, all objections are hereby deemed to have been waived.

The Court ADOPTS the Report in its entirety and ORDERS that the final accounting be ACCEPTED as of April 30, 2006 and that, prior to discharge, the Trustees of the Brian Sullivan Supplemental Needs Trust file a supplemental accounting covering May 1, 2006 to the date of this Order, with service on all parties who were served with the original motion.

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
July <u>10</u>, 2007

2